IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| Peter John Grzeskowiak, | ) |
| Plaintiff, | ) Case No. 2:12-cv-70 |
| -vs- | ) **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Menards, | ) |
| Defendant. | ) |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Defendant Menard's motion to dismiss be granted and Plaintiff Peter John Grzeskowiak's (hereafter "Grzeskowiak") complaint be dismissed with prejudice (Doc. #17). Grzeskowiak has not filed an objection to the Report and Recommendation by the deadline set by the Court.

The Court has reviewed the Report and Recommendation, along with the entire file, and agrees with the Magistrate Judge's analysis and recommendations. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Menards' motion to dismiss (Doc. #13) is granted and Grzeskowiak's complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 27th day of November, 2012.

*/s/   Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court